IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ESPITE SHAALON,** | : | |
| Petitioner, | : | |
| vs. | : | CA 07-0022-KD-C |
| **MICHAEL CHERTOFF, etc., et al.,** | : | |
| | : | |
| Respondents. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and Local Rule 72.1(c), and dated May 7, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 14th day of June, 2007.

                **s/ Kristi K. DuBose**
                **KRISTI K. DuBOSE**
                **UNITED STATES DISTRICT JUDGE**